```
1    JASON J. BACH, ESQ.
     Nevada Bar No. 7984
2    THE BACH LAW FIRM, LLC
     7881 West Charleston, Suite 165
3    Las Vegas, Nevada 89117
     Telephone: (702) 925-8787
4    Facsimile: (702) 925-8788
5    Email: jbach@bachlawfirm.com
     Attorney for Plaintiff
6
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAREN ELLIS,<br><br>           Plaintiff,<br><br>   vs.<br><br>WHEATON VAN LINES, INC., an Indiana corporation d/b/a Wheaton World Wide Moving; and SUPERIOR MOVING SERVICE, INC., a Missouri corporation,<br><br>           Defendants. | Case Number:<br>2:20-cv-02187-RFB-DJA<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff Karen Ellis, ("Plaintiff"), by and through her counsel of record, Jason J. Bach, of The Bach Law Firm, LLC, and Defendants Wheaton Van Lines, Inc. d/b/a Wheaton Worldwide Moving and Superior Moving Service, Inc. (collectively, "Defendants"), by and through their attorney of record, Tye S. Hanseen, of Marquis Aurbach Coffing, that the parties agree as follows:

   1.   Any and all claims with respect to the above-captioned matter are hereby dismissed with prejudice; and

/ / /

/ / /

/ / /

/ / /

/ / /

2. Each party will bear its own attorneys' fees and costs.

DATED this 24th day of March, 2022.                    DATED this 24th day of March, 2022.

**THE BACH LAW FIRM, LLC**                             **MARQUIS AURBACH COFFING**

 /s/ Jason J. Back                                      /s/ Tye S. Hanseen
Jason J. Bach                                          Tye S. Hanseen
Nevada Bar No. 7984                                    Nevada Bar No. 10365
7881 W. Charleston Blvd., Suite 165                    10001 Park Run Drive
Las Vegas, NV 89117                                    Las Vegas, NV 89145
Telephone: (702) 925-8787                              Telephone: (702) 382-0711
Facsimile: (702) 925-8788                              Fax: (702) 382-5816
Email: jbach@bachlawfirm.com                           Email: thanseen@maclaw.com
*Attorney for Plaintiff*                               *Attorney for Defendants*

**ORDER**

IT IS SO ORDERED this 29th day of March, 2022.

_____
RICHARD E. BOULWARE, II
United States District Court